Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0864-0:00CR00119-001(PAM) |
| DOCKET NO. (Receiving Court) | |

| NAME AND LOCATION OF * | DISTRICT | DIVISION | |
|---|---|---|---|
| Jerry Blewett<br>Minneapolis, MN 55412 | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE<br>Honorable Paul A. Magnuson | | |
| | DATES OF TSR SUPERVISION | FROM<br>10/20/1999 | TO<br>10/19/2002 |

OFFENSE

Robbery, Bank

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

December 14, 2006
Date

Paul A. Magnuson, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-17-07
Effective Date

United States District Judge

SCANNED
JAN 26 2007
U.S. DISTRICT COURT ST. PAUL